IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00281-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$47,000.00 IN UNITED STATES CURRENCY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 20, 2009.**

    The United States' Motion to Vacate Scheduling Conference - No Warrants Issued [filed February 19, 2009; docket #4] is **granted**. The Status Conference set for March 17, 2009, at 9:15 a.m. is hereby **vacated**. A Status Report in this matter shall be filed on or before **May 1, 2009**.