IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

| | |
|---|---|
| Civil Action No. 09-cv-00281-PAB-MEH | Date:   August 18, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

---

USA,                                                                         James Sandy Russell

     Plaintiff,

vs.

$47,000.00 IN UNITED STATES CURRENCY,

     Defendant,

TRAVIS HENRY,                                                    Nicolas Merritt Geman

     Interested Party.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**STATUS CONFERENCE and MOTION HEARING**

**Court in session:**     **9:06 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding United States' Motion to Compel Discovery (Doc. #19, filed 8/5/09).

**ORDERED:**  1.     For reasons stated on the record, United States' Motion to Compel Discovery (Doc. #19, filed 8/5/09) is GRANTED.  Mr. Henry, through counsel, will provide verified responses to the discovery requests, as well as responsive documents, to Plaintiff by **August 24, 2009.**

2.     A Scheduling Conference will be held on **September 9, 2009, at 9:15 a.m.** The proposed Scheduling Order is due no later than **September 3, 2009.** In addition to electronically filing a copy of the proposed Scheduling Order with the Clerk of the Court, a copy shall be sent by e-mail in Word or WordPerfect format to Magistrate Judge Hegarty's chambers, Hegarty_Chambers@cod.uscourts.gov.

Mr. Russell is granted leave to file a Motion for Attorney's Fees and Costs for his appearance at today's hearing.

**Court in recess:**        **9:16 a.m.  (Hearing concluded)**
**Total time in court:**  0:10