IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00281-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$47,000.00 IN UNITED STATES CURRENCY,

    Defendant.

TRAVIS HENRY,

    Claimant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 1, 2010.**

    Plaintiff's Unopposed Motion to Vacate the Final Pretrial Conference Set for September 7, 2010 [filed September 1, 2010; docket #43] is **granted**. The Final Pretrial Conference set for September 7, 2010, is hereby vacated. In light of Plaintiff's representation that this matter has settled, the parties shall file a motion for final order to close this matter on or before **September 30, 2010**.