IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00281-PAB-MEH

UNITED STATES OF AMERICA,

Plaintiff,

v.

$47,000.00 IN UNITED STATES CURRENCY,

Defendant.
_____

**FINAL ORDER OF FORFEITURE**
_____

This matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture [Docket No. 48]. The Court having reviewed said motion finds that:

The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

All known parties have been provided with an opportunity to respond, and publication has been effected as required by Supplemental Rule G(4);

The United States and claimant Travis Henry, through counsel, Springer and Steinberg, P.C., have reached a settlement in this case and have filed a Settlement Agreement with the Court resolving all issues in dispute;

No other claims to defendant $47,000.00 in United States Currency have been filed;

Upon agreement of the parties, the United States shall return to claimant Travis Henry through his designee Kendra Richardson, through counsel Springer and

Steinberg, P.C., $7,000.00 of defendant $47,000.00 in United States Currency; the remaining $40,000.00 of defendant $47,700.00 in United States Currency shall be returned to Travis Henry through his designee, Brandon Rafool Esq., who will then disburse the $40,000.00 to any outstanding child support payments owed by Travis Henry.

It further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

Now, therefore, it is ordered, decreed and adjudged that:

Final Order of Forfeiture shall enter in this case disbursing the funds in accordance with the terms and provisions of the parties' Settlement Agreement and issuing a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 as to all defendant;

The Clerk of Court is directed to enter Judgment; and

A Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

DATED September 24, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge